

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Donna Corbett Newding and Lori Corbett Glidden v. Willie Lee Lambert

Appellate case number:   01-19-00899-CV

Trial court case number:  18-CV-0729

Trial court:             212th District Court of Galveston County

      Appellee Willie Lee Lambert has filed a motion for en banc reconsideration. By this order, the Court of Appeals hereby unanimously denies the motion for en banc reconsideration.

Justice's signature:  /s/ Gordon Goodman
                        Acting for the Court

En banc court consists of: Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: January 21, 2021